UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**11 CIV. 5774**

__CARL M ROBINSON__

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

**COMPLAINT
FOR EMPLOYMENT
DISCRIMINATION**

__NEW YORK CITY POLICE DEPARTMENT__

Jury Trial: ☑ Yes  ☐ No
*(check one)*

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. Typically, the company or organization named in your charge to the Equal Employment Opportunity Commission should be named as a defendant. Addresses should not be included here.)*

This action is brought for discrimination in employment pursuant to: *(check only those that apply)*

✓ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).
*NOTE: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

_____ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 - 634.
*NOTE: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.*

_____ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 - 12117.
*NOTE: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue Letter from the Equal Employment Opportunity Commission.*

_____ New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297 (age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic chacteristics, marital status).

_____ New York City Human Rights Law, N.Y. City Admin. Code §§ 8-101 to 131 (actual or perceived age, race, creed, color, national origin, gender, disability, marital status, partnership status, sexual orientation, alienage, citizenship status).



Rev. 05/2010

1

I. **Parties in this complaint:**

A. List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name _CARL M ROBINSON_
Street Address _9274 HOLLAND AVE MB#84_
County, City _ROCKAWAY BEACH_
State & Zip Code _NEW YORK 11693_
Telephone Number _347-754-5824_

B. List all defendants' names and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant  Name _NEW YORK CITY POLICE DEPARTMENT_
Street Address _ONE POLICE PLAZA_
County, City _NEW YORK NEW YORK RM 1406_
State & Zip Code _10010_
Telephone Number _646-610-8387_

C. The address at which I sought employment or was employed by the defendant(s) is:

Employer _NEW YORK CITY POLICE DEPARTMENT_
Street Address _ONE POLICE PLAZA_
County, City _NEW YORK_
State & Zip Code _NEW YORK 10010_
Telephone Number _646-610-8387_

II. **Statement of Claim:**

State as briefly as possible the facts of your case, including relevant dates and events. Describe how you were discriminated against. If you are pursuing claims under other federal or state statutes, you should include facts to support those claims. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. The discriminatory conduct of which I complain in this action includes: *(check only those that apply)*

____ Failure to hire me.

____ Termination of my employment.

✓ Failure to promote me.

____ Failure to accommodate my disability.

____ Unequal terms and conditions of my employment.

Rev. 05/2010                                2

|        | Retaliation. |
|--------|--------------|
|        | Other acts *(specify)*: _____. |

Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.

B. It is my best recollection that the alleged discriminatory acts occurred on: __12-16-10__.
*Date(s)*

C. I believe that defendant(s) *(check one)*:

   ✓  is still committing these acts against me.

   ___ is not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check only those that apply and explain)*:

   ☑ race   BLACK American      ☑ color   BLACK American

   ☐ gender/sex _____        ☐ religion _____

   ☐ national origin _____

   ☐ age.   My date of birth is _____ (Give your date of birth only if you are asserting a claim of age discrimination.)

   ☐ disability or perceived disability, _____ *(specify)*

E. The facts of my case are as follow *(attach additional sheets as necessary)*:

There is a lack of Qualified DETECTIVE INVESTIGATORS of color getting promoted. Thats assigned to the ROCKAWAY Commands within the NYPD. OVER the past Ten years there has not been any BLACK investigators assigned Too the 100 PCT OR the 101 PCT Promoted FROM 3RD GRADE TO 2ND GRADE Detective investigators. Beside one who had to Sue before she was Promoted that was about 5 yrs ago. This is a discriminatory Practice based on race.

Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, the New York State Division of Human Rights or the New York City Commission on Human Rights.

### III. Exhaustion of Federal Administrative Remedies:

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding defendant's alleged discriminatory conduct on: __1/21/11__ *(Date)*.

Rev. 05/2010                                    3

B.  The Equal Employment Opportunity Commission *(check one)*:

   _____ has not issued a Notice of Right to Sue letter.

   ___✓___ issued a Notice of Right to Sue letter, which I received on __4/25/@__ (Date).

   *MAY, 9, 2011*

   *Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.*

C.  Only litigants alleging age discrimination must answer this Question.

   Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct *(check one)*:

   _____ 60 days or more have elapsed.

   _____ less than 60 days have elapsed.

## IV. Relief:

WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, and costs, as follows: __ANY loss WAGES; CounT COST; PROMOTION TO 2nd GRAde DETECTIve INVESTOgATOR; A Fair policy for Promotion TO 2nd + 1ST GRAde DEfECTIve INVESTOgAtorS__
*(Describe relief sought, including amount of damages, if any, and the basis for such relief.)*

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __4__ day of __August__, 20__11__.

Signature of Plaintiff __Carl M Robinson__

Address __9274 Holland AVE MB#84__
__RockAWAY Beach__
__NEW YORK 11693__

Telephone Number __347-754-5824__

Fax Number *(if you have one)* __718-318-4252__



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**New York District Office**

33 Whitehall Street, 5th Floor
New York, NY 10004-2112
Phone: (212) 336-3620
General Fax: (212) 336-3625
TTY: (212) 336-3622

**Patrick Sanford**
**Federal Investigator**
Phone (212) 336-3677
Fax (212) 336-3624

December 16, 2010

Via U.S. Mail:

Carl Robinson
9274 Holland Avenue
MB # 84
Rockaway Beach, NY 11693

Dear Mr. Robison:

I have enclosed a typed Charge of Discrimination form (*EEOC Form 5*) and attached your Charge of Discrimination ("Charge"), regarding the complaint that you wish to file against the NYPD.

Please sign the Charge of Discrimination Form (*EEOC Form 5*) in front of a **Notary** at the places marked with an "**X**" and return it along with your attached Charge to my attention at the address below:

**U.S. Equal Employment Opportunity Commission**
**Attn: Patrick Sanford**
**33 Whitehall Street, 5th Floor**
**New York, NY 10004-2167**

If you do not submit your Charge to the EEOC by **December 30, 2010**, then the EEOC will close its investigation of this Charge.

Sincerely,

Patrick Sanford
Federal Investigator



**U.S. Equal Employment Opportunity Commission**
**New York District Office**

33 Whitehall Street
5th Floor
New York, NY 10004
(212) 336-3620
TDD: 1-800-669-6820
Fax: (212) 336-3625
1-800-669-4000

Respondent: NYC POLICE DEPARTMENT
EEOC Charge No.: 520-2011-00734
FEPA Charge No.:

January 21, 2011

Carl M. Robinson
9274 Highland Avenue
Mb #84
Rockaway Beach, NY 11693

Dear Mr. Robinson:

This is to acknowledge receipt of the above-numbered charge of employment discrimination against the above-named respondent. Please use the "EEOC Charge No." listed above whenever you call us about this charge. The information provided indicates that the charge is subject to:

- [ X ]  Title VII of the Civil Rights Act of 1964 (Title VII)
- [ ]    The Age Discrimination in Employment Act (ADEA)
- [ ]    The Americans with Disabilities Act (ADA)
- [ ]    The Equal Pay Act (EPA)
- [ ]    The Genetic Information Nondiscrimination Act (GINA)

You need do nothing further at this time. We will contact you when we need more information or assistance. A copy of the charge or notice of the charge will be sent to the respondent within 10 days of our receipt of the charge as required by our procedures.

- [X]   Please be aware that we will send a copy of the charge to the agency listed below as required by our procedures. If the charge is processed by that agency, it may require the charge to be signed before a notary public or an agency official. Then the agency will investigate and resolve the charge under their statute. If this occurs, section 1601.76 of EEOC's regulations entitles you to ask us to perform a Substantial Weight Review of the agency's final finding. To obtain this review, a written request must be made to this office within 15 days of receipt of the agency's final finding in the case. Otherwise, we will generally adopt the agency's finding as EEOC's.

    New York State Division Of Human Rights
    Federal Contract Unit
    One Fordham Plaza, 4 Fl.
    Bronx, NY 10458

While your charge is pending, please notify us of any change in your address, or where you can be reached if you have any prolonged absence from home. Your cooperation in this matter is essential.

Sincerely,

LN

Louise L. Newsome
Secretary
(212) 336-3664

www.eeoc.gov

Enclosure(s)