

**U.S. Department of Justice**

Civil Rights Division
NOTICE OF RIGHT TO SUE
WITHIN 90 DAYS

CERTIFIED MAIL
2011 1363

950 Pennsylvania Avenue, N.W.
Karen Ferguson, EMP, PHB, Room 4239
Washington, DC 20530

May 9, 2011

Mr. Carl M. Robinson
9274 Holland Ave.
MB #84
Rockaway Beach, NY 11693

Re: EEOC Charge Against New York City Police Dept.
    No. 520201100734

Dear Mr. Robinson:

   Because you filed the above charge with the Equal Employment Opportunity Commission, and the Commission has determined that it will not be able to investigate and conciliate that charge within 180 days of the date the Commission assumed jurisdiction over the charge and the Department has determined that it will not file any lawsuit(s) based thereon within that time, and because you have specifically requested this Notice, you are hereby notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., against the above-named respondent.

   If you choose to commence a civil action, such suit must be filed in the appropriate Court within 90 days of your receipt of this Notice. If you cannot afford or are unable to retain an attorney to represent you, the Court may, at its discretion, assist you in obtaining an attorney. If you plan to ask the Court to help you find an attorney, you must make this request of the Court in the form and manner it requires. Your request to the Court should be made well before the end of the time period mentioned above. A request for representation does not relieve you of the obligation to file suit within this 90-day period.

   The investigative file pertaining to your case is located in the EEOC New York District Office, New York, NY.

   This Notice should not be taken to mean that the Department of Justice has made a judgment as to whether or not your case is meritorious.

                                    Sincerely,

                                    Thomas E. Perez
                                    Assistant Attorney General
                                    Civil Rights Division

                              by    Karen J. Ferguson
                                    Karen L. Ferguson
                                    Supervisory Civil Rights Analyst
                                    Employment Litigation Section

cc: New York District Office, EEOC
    New York City Police Dept.

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>520-2011-00734 |
|---|---|---|

New York State Division of Human Rights                      and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Carl M. Robinson | 347-754-5824 | 06-15-66 |

| Street Address | City, State and ZIP Code |
|---|---|
| 9274 Holland Avenue, MB # 84, Rockaway Beach, NY 11693 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| New York City Police Department | 500+ | 646-610-8387 |

| Street Address | City, State and ZIP Code |
|---|---|
| Attn: Thomas P. Doepsner, Asst. Deputy Commissioner, Legal Bureau, One Police Plaza, Room 1406, New York, NY 10010 | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☐ RETALIATION ☐ AGE ☐ DISABILITY ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest          Latest
                  12-16-10

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

////////////////////////////////////////////////////////////////////////

SEE ATTACHED PAGES

////////////////////////////////////////////////////////////////////////

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
NEW YORK DISTRICT OFFICE
ENFORCEMENT UNIT - E1

JAN 07 2011
DATE RECEIVED

COPY

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

12/28/2010   X  *Carl M Robinson*
Date              Charging Party Signature

NOTARY — When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT
X  *Carl M Robinson*

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)
December 28, 2010

Jason Stybel
Notary Public, State of New York
No. 01ST4997632
Qualified in Nassau County
Commission Expires June 15, 2014

I, Carl M. Robinson (Male Black), presently employed by The New York Police Department from January 12, 1992, until present. I'm currently employed as a Detective Investigator III grade. I was promoted to Detective in March of 2003. After working my way though the career path with consist of Patrol Officer, Community Policing, Anti Crime to Detective III grade. Where I was assigned to the 101 precinct Detective Unit and placed in the BRAM unit. Investigating burglaries and robberies. After which I was moved to the catching team in the Detective Squad. Where I investigated all misdemeanors and felonies. I was then transferred to Patrol Borough Queens South Juvenile Robbery Intervention Program (J-RIP). In this assignment I Investigate youth ages 12 to 20 years of age. Who have been arrested for robberies or gun possession. That also lives in the confines of the 100 and 101 precinct. Which covers the Rockaways a area I have work in most of my career.

Their have been request made from J-RIP supervisor's recommending me for promotion to Detective II grade. Which has been reflected in my performance evaluation of 05/16/08 to 05/15/09; 05/16/09 to 05/21/10, and also in a written request from the Commanding Officer Juvenile Robbery Intervention Program. To the Commanding Officer Patrol Borough Queens South dated 10/15/08. All which has meet with little or no consideration. Since these request there has been several promotions of Detective Investigators III grade to Detective Investigators II grade Department wide. I am just as qualified and deserving of the same opportunity, which I have been denied.

On the date of 08/11/10 I filed a EEO complaint with the New York Police Department Office Of Equal Employment Opportunity. Located at One Police Plaza, room 1204. I was assigned Det. Johnson as my investigator. There was a verbal interview conduct which I was informed was being recorded. I later received a letter in the mail dated 11/10/10. in which I was informed by Det. Johnson, my complaint did not rise to the level of employment discrimination under title VII of the civil rights act of 1964 or applicable state or local law.

As I stated in my EEO complaint to NYPD it would appear that the qualification are different for Detective Investigators of color than for other Investigators. This seems to be a Department wide issue, but particularly holds true for the Rockaway commands. There are and has been over recent years qualified and deserving Detective Investigators of color assigned to the Rockaway commands. Who have not received consideration for promotion. Unless they file a lawsuit or transfer out of the Rockaways to another command, this appears to be a discriminatory practice. If you don't have what is known on this job as a phone call or a hook. Which is knowing someone higher up in the department that could help you get promoted. As a Detective Investigator III grade of color it is highly unlikely there will be a fair opportunity for promotion. The recommendations for my promotion to Detective Investigator II grade were base on my good performance and qualification. Which until this day has not received any consideration.

This is a list of some of the Detective Investigators of color who are or have been assigned to the Rockaway commands and were not considered for promotion.

Detective Williams (female black) not promoted until she filed a lawsuit.



Detective Kinard (male black) not promotion until he transferred to another command.

Detective Hoverton (male black) not promoted still working in Rockaway command.

Detective Henry (male black) not promoted still working in rockaway command.

Detective Robinson (male black) not promoted temp assignment J-RIP working in Rockaways.

Detective Lopez (male black hisp) not promoted still working in Rockaway command.

Detective Cabrerea (male black hisp) not promoted temp assignment J-RIP working in Rockaways.

This is a list of some of the Detective Investigators not of color who are or have been assigned to the Rockaway commands and have been promoted.

Detective O'brien (female white) promoted from Rockaway command.

Detective Herman (male white) promoted from Rockaway command.

Detective andreno (male white) promoted from Rockaway command.

Detective Cashen (male white) promoted from Rockaway command.

Detective Hurley (male white) promoted from Rockaway command.

Detective Conroy (male white) promoted from Rockaway command.

Detective Fine (male white) promoted from Rockaway command.

I contend that my-self as well as other Detective Investigators of color assigned to the Rockaway commands have been treated differently by the New York City Police Department when it comes to promotional opportunities to II or I grade Investigtors. Then other Detective Investigators who are not of color assigned to the Rockaway commands. In violation of title VII of the civil right act of 1964, as amended.

This is not the first time I experienced discrimination in a Rockaway command. I filed a EEO complaint with the New York City Police Department in the past. For not promoting qualified Police Officers of color assigned to the Rockaway command of the 101 precinct to positions of Detective Investigator in the101precinct Detective Squad. I was recommended by my supervisor for promotion to the Detective Squad. I was told I would be the next Officer from the101precinct to move up to the Squad. When the opportunity came a white Officer with less time and activity was promoted to that position over me. I withdrew my complaint after it was mediated on a precinct level.

This is a list of Supervisors who have made a recommendation request that I be promoted to Detective Investigator II grade:
D.I. Deleon previously commanding officer J-Rip; Capt. D)eadeno also a previous

commanding officer J-Rip; Capt. Stelmok other previous commanding officer J-Rip; Sgt. Kearney former intel Supervisor J-Rip and Sgt. Martin Supervisor J-Rip.



EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
NEW YORK DISTRICT OFFICE
ENFORCEMENT UNIT - E1

JAN 0 7 2011

DATE RECEIVED



COPY

3 of 3