# EEO COMPLAINT

From: **robo66@tmo.blackberry.net**
Sent: Fri 11/19/10 6:50 PM
To: Carl Robinson (ceerob66@hotmail.com)

The New York City Police Department is committed to providing a bias- free workplace where equal opportunity is mandated for all its employees. The New York City Police Department provides equal employment and promotional opportunities for all qualified people. I Detective Carl Robinson tax # 900606, who is currently temporally assigned to PBQS JRIP from the 101 Detective squad. I am filing a complaint that I have been Denied an opportunity to be promoted to Detective Investigator second grade. Based on the fact that I am in temporally assigned status from the Detective Bureau. Which is leaving me in limbo since my transfer in November 2007. The consensus seems to be that Patrol Borough Queens South will not put me on the grid for consideration for promotion to second grade Detective Investigator. Due to the fact that I'm only a temp assignment. Even though I have been assign to PBQS since November 2007. There have been several attempts made up the chain of command for the under signed, Det. Robinson to be placed on the grid for Promotion to Detective Investigator second grade with no success. This is an unfair work practice. Which is not consistent with EEO Policies, and does not provide the under signed Det. Robinson an equal promotional opportunity to second grade detective. It appear that any promotion would have to come from Detective Bureau Queens. Which seems highly unlikely due to my temp assignment status. Also to the fact that their has not been an Detective Investigator of color promoted to second or first grade out of the rockaway commands in recent years, without filing a lawsuit. This appears to be discriminatory, and is not consistent with EEO Policies. The under signed Detective Carl Robinson is both deserving and qualified to be promoted to Detective Investigator Second grade. This is for your consideration and response.
Thank You
Detective
Carl Robinson
347-754-5824
Sent via BlackBerry from T-Mobile



POLICE DEPARTMENT
Office of Equal Employment Opportunity
One Police Plaza, Room 1204
New York, NY 10038
(646) 610-5330

## CONFIDENTIAL

November 10, 2010

Re: OEEO Case # 0219s10

Carl Robinson
139-18 Glassboro Avenue
Jamaica, NY 11435

Dear Detective Robinson:

An investigation of an allegation reported by you on July 29, 2010, carried under OEEO Case# 0219s10, has been completed. You informed Detective Johnson, of my staff, that you were subjected to disparate treatment. You were informed by Detective Johnson that your complaint did not rise to the level of employment discrimination under Title VII of the Civil Rights Act of 1964, or applicable state or local laws.

You are invited to comment on the disposition of your complaint and to evaluate the EEO process. Your comments, if any, shall be documented in the OEEO case file, and shall be brought to my attention. In addition, you are invited to complete and return the enclosed *EEO Complainant Questionnaire* to this office.

You are advised to re-familiarize yourself with Patrol Guide Procedure 205-36 regarding your right to file a discrimination complaint with a federal, state, or local agency. If you have any questions, my staff and I would be happy to assist you. The assigned investigator in this case is Detective Johnson.

Very truly yours,

Neldra M. Zeigler
Deputy Commissioner
Equal Employment Opportunity

***RETALIATION IS PROHIBITED***
COURTESY • PROFESSIONALISM • RESPECT

## OEEO RESPONES

From: **robo66@tmo.blackberry.net**
Sent: Thu 11/18/10 12:34 AM
To:   Carl Robinson (ceerob66@hotmail.com)

I Det Carl Robinson Tax #900606, In response to OEEO Case # 0219s10. Would like to inform the assigned investigator Det Johnson. Along with Deputy Commissioner Zeigler. That I am not satisfied that the Department has taken adequate measures to ensure a work environment free from employment discrimination. Further more I am not satisfied with the level of attention my complaint received. Nor the quality of investigation or response to all of my concerns and the full bases of my allegations brought to the attention of the New York City Police Department Office of Equal Opportunity. This office has not address or responded to my allegation of discrimination against qualified Detective Investigators Third Grade of color assigned to the Rockaway commands, not being promoted to second or first grade Detective in recent year. Which I contend directly effects my self. This office has not lived up to it's commitment of a prompt and thorough investigation to ensure a bias-free work environment. I advise you to re- familiarize yourself with the content of my complaint and re- evaluate your disposition. I am requesting a copy of my recorded interview with Det Johnson on 8/11/2010.
Thank You
Detective
Carl Robinson
Sent via BlackBerry from T-Mobile