On August 11, 2010, Complainant appeared at OEEO to file a formal complaint and to be interviewed. On this date he received a Complaint form and a copy of the Complainant's Rights form, as well as other documents concerning the preferred method of correspondence. On the Complaint form, Complainant again stated that he was, "[d]enied an opportunity to be put on the Grid for promotion to second Grade Detective Investigator base[d] on temp[orary] assignment to [Patrol Borough Queens South] from the Detective Bureau."[14] He also alleged that there had not been a Detective Investigator of color from any command in the Rockaways promoted to Detective Second Grade in recent years. Although Complainant would like to infer that he was not promoted based on his race, he made no allegations that the reason for not being promoted was because of his race, himself acknowledging several times that it was merely because of his temporary assignment status.

During the interview with OEEO, Complainant reiterated his feelings that he had been denied the opportunity for promotion because of the fact that he was on temporary assignment to Patrol Borough Queens South from the 101 Precinct Detective Squad, but also stated that he felt his race played into the decision as well. Complainant alleged that once he was advised that his recommendation for promotion had to come from the Detective Bureau, he knew that it would not happen, as there had been no Detective Investigator of color assigned to the Rockaway commands had been promoted since 2003. However, when Complainant was asked if he was asserting that that he was not promoted because he is a person of color, he stated, "No, what I am saying is that it appears to be a discriminatory practice the fact that there has not been a third grade detective of color promoted to second grade detective in the Rockaways since 2003."

Although Complainant alleges that there was a discriminatory practice in place in the Rockaway commands, the fact remains that Complainant at no time has demonstrated any inference of discrimination regarding why he had not been promoted. In fact, Complainant himself admitted on several occasions that the reason he was not being promoted was because he was in a temporary assignment, and it was unclear exactly which command had to put him in for promotion. OEEO's investigation was closed in accordance with these findings, noting that "[a]lthough [Complainant] alleged that he was not promoted to second grade detective based upon his race, when interviewed at this office he did not offer any facts to support this assertion. He clearly indicated that the reason why he has not been promoted is based upon his duty status of 'temporary assignment.'…[Complainant] stated that because of his duty status of temporary assignment, it is not clear if Patrol Borough Queens South or Detective Bureau Queens should be recommending he get promoted to second grade to the Chief of Detectives." OEEO concluded that "[t]his appears to be more of a labor or union issue and not a matter based upon [Complainant's] race."

Complainant had also identified a Detective Investigators of color who he alleged was not promoted until after she had filed a lawsuit. Detective Jennifer Williams received a discretionary promotion to Detective Second Grade on March 30, 2007,

---

[14] See, Office of Equal Employment Opportunity Complaint of Employment Discrimination form, dated August 11, 2010, a copy of which is annexed hereto as Exhibit "K."

9

thereby disproving his own allegation that no Detective Investigator of color had been promoted to Detective Second Grade since 2003. While Detective Williams had already been recommended for promotion, she filed a complaint with OEEO on September 28, 2006, because she wanted to know how long it would take for her to receive her promotion. Detective Williams decided that she wanted to pursue the matter with her union instead so that she could get a better understanding of the process before being interviewed by OEEO, and because she never contacted the office again, the case was administratively closed "uncooperative complainant." Detective Williams filed a complaint with EEOC on February 15, 2007, but did not receive a right to sue notice until September 19, 2007, almost six (6) months after she had already been promoted to Detective Second Grade. It is important to note that as of November 1, 2010, there had not been any discretionary promotions in the Rockaway commands since April 30, 2008, regardless of race.

Clearly, the evidence demonstrates that the Department's decisions made during this time with respect to Complainant were, at all times, for legitimate, nondiscriminatory reasons.

### Pretext

Should the employer carry this burden of proving a legitimate, nondiscriminatory reason for its decision, the third stage of the McDonnell Douglas framework allows the complainant a full and fair opportunity to prove that the employer's justification for the adverse employment action was a pretext for discrimination. <u>Burdine</u> at 256. In the instant case, Complainant has made no such showing and therefore cannot meet the ultimate burden of persuading the fact-finder that he has been the victim of intentional discrimination or retaliation.

### CONCLUSION

Based on the reasons discussed above, Complainant has failed to present any evidence that he was discriminated against for any reason or prove a prima facie case of employment discrimination based on race. Rather, the Department has demonstrated that it acted appropriately under the circumstances and that any action taken or not taken was for a legitimate, nondiscriminatory purpose. Accordingly, the Department respectfully requests that Complainant's charge be dismissed.

Sincerely,

Kenneth Rice
Agency Attorney