POLICE DEPARTMENT
CITY OF NEW YORK

October 15, 2008

From:        Commanding Officer, Patrol Borough Queens South JRIP

To:          Commanding Officer, Patrol Borough Queens South

Subject:     **RECOMMENDATION FOR PROMOTION TO DETECTIVE SECOND GRADE FOR DETECTIVE CARL ROBINSON, TAX# 900606, SHIELD # 7940, PATROL BOROUGH QUEENS SOUTH JRIP**

1.      The undersigned highly recommends Detective Carl Robinson, Tax # 900606 of Patrol Borough Queens South Juvenile Robbery Interdiction Program to be promoted to Second Grade Detective. Detective Robinson started his career, entering the Police Academy on January 13, 1992. He was assigned to 101 precinct in July of 1992, serving with distinction, from April 1996 to July 1996 he was assigned to the Narcotics Division for a city-wide initiative. Detective Robinson was assigned back to 101 precinct in July 1996 serving in the community policing and anti-crime unit's before being placed on an investigative track in the 101 detective squad in April 2002. Detective Robinson was promoted to detective on July 15, 2003 and was assigned to the 101 precinct detective squad. Detective Robinson has made over 290 career arrests, and has been awarded 4 meritorious police duty citations, 6 excellent police duty citations, and his most recent performance evaluation rating overall was 4.5 . In November 2007, the Department launched an initiative called Juvenile Robbery Interdiction Program, this initiative was formed in an effort to reduce violent youth related crimes in the confines of the 100 and 101 Precincts. The Unit is comprised of two F.I.O. Sergeants, two Detectives, two Precinct police officers and a School Safety Supervisor Level 3. The unit is tasked with vigilantly monitoring fifty seven subjects identified by the department that had been arrested from September 2006 to September 2007 for Robbery and/or CPW loaded firearm. For the past eleven months he has affected numerous arrests, has assisted the 100 and 101 Precinct Detective Squads in apprehensions and cultivating intelligence. Detective Robinson who after receiving numerous complaints of no after school programs from parents and the community, began a Basketball League/Mentoring Program enrolling over one hundred fifty (150) kids. He has accomplished this by working in collaboration with Elected Officials, Police Athletic League, Weed and Seed, Corporation Council and various community peer leaders. Detective Robinson continuously goes above and beyond the call of duty dedicating a great deal of his own time in an effort to give at risk youths in the Rockaways the opportunity to personally and professionally develop themselves. The JRIP and Mentoring program is vastly doing

well, answering the calls of the Rockaway Community. JRIP subject's recidivist rate in 2007 vs 2006 showed an increase of 33%. It is down ninety four percent (94%) to date largely in part to Detective Robinson's tireless commitment and hard work with JRIP subjects.

2. Detective Robinson is extremely dedicated and possesses an extraordinary work ethic. He is an experienced detective and has been instrumental and significant in mentoring his peers and assisting his supervisors in the development of the unit. Detective Robinson is a model and an exemplary detective for others to emulate. His promotion would be appropriate recognition for his excellent work. I highly recommend him for promotion.

3. Submitted for your consideration.

Timothy Dheedene
Captain



## Online Performance Evaluation System
### Detectives and Police Officers Assigned to Detective Track Commands

| RATEE | | | | |
|---|---|---|---|---|
| SURNAME<br>ROBINSON | FIRST<br>CARL | M.I.<br>M | | Appt Date<br>1/13/1992 |
| RATEE TAX NUMBER<br>900606 | RANK<br>Det. 3 | COMMAND<br>171 | | DATE ASSIGNED TO COMMAND:<br>5/21/2010 |
| TIMES SICK<br>NLOD: 3<br>LOD: 0 | DAYS LOST<br>NLOD: 30<br>LOD: 0 | PURPOSE<br>ANNUAL | | RECOMMENDATION<br>CONTINUE IN PRESENT ASSIGNMENT |
| Not chronic | Date of Primary Assignment:<br>11/8/2007 | ☐ IF COMPLETED POLICE CADET PROGRAM | | |
| Primary Assignment: DETECTIVE INVESTIGATOR | | Rating Period From:<br>5/16/2009 | | To:<br>5/15/2010 |

| RATER | | | | |
|---|---|---|---|---|
| SURNAME<br>MARTIN | FIRST<br>JOHN | M.I.<br>C | | |
| RATER TAX NUMBER<br>901919 | RANK<br>SERGEANT | COMMAND<br>171 | | DATE ASSIGNED TO COMMAND:<br>5/21/2010 |

### PERFORMANCE AREAS

| Area | Rating |
|---|---|
| 1 Gen. Job Knowledg./Trng. & Supp. | 5 |
| 2 Approp. Act. Level | 5 |
| 3 Arrests and Related Proced. | 5 |
| 4 Interrog./Debrfg. Skills | 5 |
| 5 Interview. Skills/Notifica. | 5 |
| 6 Case Enhance./Invst. Spec. Incid. | 5 |
| 7 Condit. Initiated Invest. | 4 |
| 8 Informat. Inquiries/Case Mgmt. | 5 |
| 9 Report Writing | 5 |
| 10 Prep. & Part. at Trials or Hearings | 5 |
| 11 Forensic Evid. Collection | 4 |
| 12 Tech./Spec. Skills | 5 |
| 13 Warrant Invest./Search Warrants | 5 |
| 14 Integrity Functions | 5 |
| 15 Homicide/DOA/Cuppi I.D. and Establishment of Cause of Death | 4 |

### BEHAVIORAL DIMENSIONS

| Dimension | Rating |
|---|---|
| 16 Police Ethics/Integrity | 5 |
| 17 Profess. Resp. | 5 |
| 18 Commit./Drv./Initiative | 5 |
| 19 Comprehen. Skills | 5 |
| 20 Communicat. Skills | 5 |
| 21 Interpers. Skills | 5 |
| 22 Analyt. Skills | 5 |
| 23 Memoriz. Skills | 5 |
| 24 Adaptability | 5 |
| 25 Organiza. Skills | 5 |
| 26 Innovativeness | 5 |
| 27 Appear./Self-Image | 5 |
| 28 Phy.Activit./Fitness | 4 |

**Overall Evaluation : 4.5**

**4. Interrog./Debrfg. Skills**

DETECTIVE ROBINSONS INTERROGATION AND DEBRIFING SKILLS ARE EXCELLENT, HIS ABILITY TO ESTABLISH A RELATIONSHIP WITH A SUBJECT, WHILE GETTING INFORMATION FROM HIM IS OUSTANDING, DETECTIVE ROBINSON HAS BEEN ABLE TO GET INFORMATION FROM SUBJECTS, WHERE OTHERS HAVE FAILED, DUE TO HIS MANNERISM AND APPROACH HE TAKES WHILE DEBRIFING A SUBJECT.

**18. Commit./Drv./Initiative**

DETECTIVE ROBINSON HAS A STRONG WORK ETHIC AND PERSONAL DRIVE TO START AND FINISH CASES, KEEPING THE GOAL IN MIND AND INTIATING ADDITIONAL WORK AS IT BECOMES NECCESSARY WITH LITTLE SUPERVISION. DETECTIVE ROBINSONS COMMITTMENT TO EXCELLENCE BRINGS GREAT PRIDE UPON HIMSELF AND THE DEPARTMENT.

**22. Analyt. Skills**

DETECTIVE ROBINSON HAS THE ABILITY TO SEE RELATIONSHIPS, WHEN FACTS ARE PRESENTED, THAT HAVE UNRELATED APPEARANCES ON THE SURFACE, DURING AN INVESTIGATION. DETECTIVE ROBINSON HAS THE ABILITY TO MAKE THE CONNECTION, BETWEEN DISSIMILAR EVENTS, AND RECOGNIZE THE 'LINK'.

**Overall Rater's Comments:**

DETECTIVE ROBINSON ADHERES TO DEPARTMENT GUIDLINES AND OEEO POLICIES AND DEMONSTATES A POSITIVE 'CAN DO' ATTITUDE. DETECTIVE ROBINSON PROJECTS A POSITIVE IMAGE UPON THE DEPARTMENT AND HAS EXCELLENT CAREER POTENTIAL. DETECTIVE ROBINSON IS ALSO RESPONSIBLE FOR THE CREATION OF A JUVENILE 'MENTOR' PROGRAM IN THE ROCKAWAYS, WORKING WITH 'AT RISK' YOUTH. RECOMMEND DETECTIVE ROBINSON FOR PROMOTION TO SECOND GRADE DETECTIVE.

BY SIGNING THIS FORM, THE RATER AND REVIEWER CERTIFY THAT IN FORMULATING THIS PERFORMANCE APPRAISAL, THEY HAVE REVIEWED AND CONSIDERED RATEE'S CPI, DEPARTMENT RECOGNITION, CCRB, PERFORMANCE MONITORING RECORDS, EEO COMPLIANCE, AND ALL OTHER RECORDS OF PERFORMANCE DOCUMENTATION FOR EVENTS IN THE IMMEDIATE RATING PERIOD. POSITIVE ACCOMPLISHMENTS SHOULD BE NOTED.

| REVIEWER | | | |
|---|---|---|---|
| SURNAME | FIRST | M.I. | |
| STELMOK | SCOTT | V | |
| REVIEWER'S TAX NUMBER | RANK | COMMAND | DATE ASSIGNED TO COMMAND: |
| 905120 | CAPTAIN | 100 | 3/12/2009 |

**Overall Reviewer Comments:**

Concur with the rater's assessment.

☑ ACCURATE AND COMPLETE, CONCUR
☐ SEE SEPARATE REVIEWER'S EVALUATION

THE RATER HAS SHOWN THIS EVALUATION TO ME AND FULLY DISCUSSED ITS CONTENTS, INCLUDING MY RIGHTS AND RESPONSIBILITIES REGARDING EEO ISSUES.

~~☐ I WISH TO APPEAL THIS EVALUATION~~       Not Appealed (CD)

RATEE SIGNATURE _Carl M Robinson_ Date 6/9/10

RATER SIGNATURE _[signature]_ Date 6/9/10

REVIEWER SIGNATURE _Captain [signature]_ Date 06/09/10

All SUPERVISORS ARE REMINDED TO ENSURE THAT THE ORIGINAL SIGNED EVALUATION IS FILED IN THE PERSONNEL FOLDER AT THE MEMBER'S PERMANENT COMMAND.