POLICE DEPARTMENT
CITY OF NEW YORK

July 18, 2011

From:       Commanding Officer, Patrol Borough Queens South JRIP

To:         Commanding Officer, Patrol Borough Queens South

Subject:    **RECOMMENDATION FOR PROMOTION TO DETECTIVE SECOND GRADE FOR DETECTIVE CARL ROBINSON, TAX# 900606, SHIELD # 7940, PATROL BOROUGH QUEENS SOUTH JRIP**

1.     The undersigned highly recommends Detective Carl Robinson, Tax # 900606 of Patrol Borough Queens South Juvenile Robbery Interdiction Program to be promoted to Second Grade Detective. Detective Robinson started his career, entering the Police Academy on January 13, 1992. He was assigned to 101 precinct in July of 1992, serving with distinction, from April 1996 to July 1996 he was assigned to the Narcotics Division for a city-wide initiative. Detective Robinson was assigned back to 101 precinct in July 1996 serving in the community policing and anti-crime unit's before being placed on an investigative track in the 101 detective squad in April 2002. Detective Robinson was promoted to detective on July 15, 2003 and was assigned to the 101 precinct detective squad. Detective Robinson has made over 290 career arrests, and has been awarded 4 meritorious police duty citations, 9 excellent police duty citations, and his most recent performance evaluation rating overall was 4.5 June 2010. In November 2007 the Department launched an initiative called Juvenile Robbery Intervention Program. This initiative was formed in an effort to reduce violent youth related crimes in the confines of the 100 and 101 Precincts. The Unit is comprised of two F.I.O. Sergeants, two Detectives, two Precinct police officers and a School Safety Supervisor. The unit is tasked with vigilantly monitoring One hundred thirty seven subjects identified by the department that had been arrested from September 2006 to current date for Robbery and/or CPW loaded firearm. For the past three years he has affected numerous arrests, has assisted the 100 and 101 Precinct Detective Squads in apprehensions and cultivating intelligence. Detective Robinson who after receiving numerous complaints of no after school programs from parents and the community, began a Basketball League/Mentoring Program enrolling over one hundred fifty (150) kids. He has accomplished this by working in collaboration with Elected Officials, Police Athletic League, Weed and Seed, Corporation Council and various community peer leaders. Detective Robinson continuously goes above and beyond the call of duty dedicating a great deal of his own time in an effort to give at risk youths in the Rockaways the opportunity to personally and professionally develop themselves. The JRIP Mentoring program is vastly doing well, answering the calls of the Rockaway Community. In part due to Detective Robinson's tireless commitment and hard work with JRIP subjects.

2.     Detective Robinson is extremely dedicated and possesses an extraordinary work

ethic. He is an experienced detective and has been instrumental and significant in mentoring his peers and assisting his supervisors in the development of the unit. Detective Robinson is a model and an exemplary detective for others to emulate. His promotion would be appropriate recognition for his excellent work. I highly recommend him for promotion.

3. Submitted for your consideration.

Peter Andrea
Captain



# Online Performance Evaluation System
## Detectives and Police Officers Assigned to Detective Track Commands

### RATEE

| SURNAME | FIRST | M.I. | Appt Date |
|---|---|---|---|
| ROBINSON | CARL | M | 1/13/1992 |

| RATEE TAX NUMBER | RANK | COMMAND | DATE ASSIGNED TO COMMAND: | Borough |
|---|---|---|---|---|
| 900606 | Det. 3 | 331 | 4/13/2002 | QUEENS SOUTH |

| TIMES SICK | DAYS LOST | PURPOSE | RECOMMENDATION |
|---|---|---|---|
| NLOD: 2<br>LOD: 2 | NLOD: 19<br>LOD: 53 | ANNUAL | CONTINUE IN PRESENT ASSIGNMENT |

| Not chronic | Date of Primary Assignment: 11/8/2007 | ☐ IF COMPLETED POLICE CADET PROGRAM | |
|---|---|---|---|
| | Primary Assignment: DETECTIVE INVESTIGATOR | Rating Period From: 5/16/2010 | To: 5/15/2011 |

### RATER

| SURNAME | FIRST | M.I. |
|---|---|---|
| MARTIN | JOHN | C |

| RATER TAX NUMBER | RANK | COMMAND | DATE ASSIGNED TO COMMAND: |
|---|---|---|---|
| 901919 | SERGEANT | 318 | 11/10/2010 |

### PERFORMANCE AREAS

| Area | Rating |
|---|---|
| 1 Gen. Job Knowledg./Trng. & Supp. | 5 |
| 2 Approp. Act. Level | 5 |
| 3 Arrests and Related Proced. | 5 |
| 4 Interrog./Debrfg. Skills | 5 |
| 5 Interview. Skills/Notifica. | 5 |
| 6 Case Enhance./Invst. Spec. Incid. | 5 |
| 7 Condit. Initiated Invest. | 5 |
| 8 Informat. Inquiries/Case Mgmt. | 5 |
| 9 Report Writing | 5 |
| 10 Prep. & Part. at Trials or Hearings | 5 |
| 11 Forensic Evid. Collection | 0 |
| 12 Tech./Spec. Skills | 5 |
| 13 Warrant Invest./Search Warrants | 5 |
| 14 Integrity Functions | 5 |
| 15 Homicide/DOA/Cuppi I.D. and Establishment of Cause of Death | 0 |

### BEHAVIORAL DIMENSIONS

| Dimension | Rating |
|---|---|
| 16 Police Ethics/Integrity | 5 |
| 17 Profess. Resp. | 5 |
| 18 Commit./Drv./Initiative | 5 |
| 19 Comprehen. Skills | 5 |
| 20 Communicat. Skills | 5 |
| 21 Interpers. Skills | 5 |
| 22 Analyt. Skills | 5 |
| 23 Memoriz. Skills | 5 |
| 24 Adaptability | 5 |
| 25 Organiza. Skills | 5 |
| 26 Innovativeness | 5 |
| 27 Appear./Self-Image | 5 |
| 28 Phy.Activit./Fitness | 4 |

**Overall Evaluation : 4.5**

**5. Interview. Skills/Notifica.**

DETECTIVE ROBINSONS INTERVIEW SKILLS ARE VERY GOOD, HIS ABILITY TO SEE

INCONSISTENCIES IN A SUBJECTS STORY, AND ABILITY TO DEVELOP A RELATIONSHIP DURING THAT INTERVIEW IS EXTREMLY GOOD. DETECTIVE ROBINSON NEVER LOSES SITE OF THE INTERVIEW OBJECTIVES.

### 16. Police Ethics/Integrity

DETECTIVE ROBINSON MAINTAINS A HIGH LEVEL OF INTEGRITY, ETHICAL CONDUCT, AND PUBLIC TRUST IN HIS INVESTIGATIONS. DETECTIVE ROBINSON COMMUNICATES 'NEED TO KNOW' INFORMATION WITH THOSE DIRECTLY INVOLVED IN THE INVESTIGATION. DETECTIVE ROBINSON IS RESPECTFULL AND COURTEOUS TO HIS CHAIN OF COMMAND AT ALL TIMES.

### 24. Adaptability

DETECTIVE ROBINSON MODIFYS HIS APPROACH AS THE SITUATION CHANGES, KEEPING THE GOALS IN MIND, ADAPTING AS REQUIRED AS THE CIRCUMSTANCES CHANGE TO ACHIEVE INVESTIGATIVE OBJECTIVES. DETECTIVE ROBINSON IS A 'TEAM' PLAYER AND ADAPTS AS NECCESSARY.

### Overall Rater's Comments:

DETECTIVE ROBINSON ADHERES TO DEPARTMENT GUIDLINES AND OEEO POLICIES AND DEMONSTATES A POSITIVE 'CAN DO' ATTITUDE. DETECTIVE ROBINSON PROJECTS A POSITIVE IMAGE UPON THE DEPARTMENT AND HAS EXCELLENT CAREER POTENTIAL. DETECTIVE ROBINSON HAS DONE A GREAT JOB WHILE ASSIGNED TO TO THE PATROL BOROUGH QUEENS SOUTH JUVENILE ROBBERY INTERVENTION PROGRAM AND DESERVES CONSIDERATION FOR PROMOTION TO 2ND GRADE DETECTIVE. HIGHLY RECOMMEND DETECTIVE ROBINSON FOR PROMOTION TO SECOND GRADE DETECTIVE.

BY SIGNING THIS FORM, THE RATER AND REVIEWER CERTIFY THAT IN FORMULATING THIS PERFORMANCE APPRAISAL, THEY HAVE REVIEWED AND CONSIDERED RATEE'S CPI, DEPARTMENT RECOGNITION, CCRB, PERFORMANCE MONITORING RECORDS, EEO COMPLIANCE, AND ALL OTHER RECORDS OF PERFORMANCE DOCUMENTATION FOR EVENTS IN THE IMMEDIATE RATING PERIOD. POSITIVE ACCOMPLISHMENTS SHOULD BE NOTED.

| REVIEWER | | | |
|---|---|---|---|
| SURNAME<br>ANDREA | FIRST<br>PETER | M.I. | |
| REVIEWER'S TAX NUMBER<br>915231 | RANK<br>CAPTAIN | COMMAND<br>171 | DATE ASSIGNED TO COMMAND:<br>6/20/2011 |

### Overall Reviewer Comments:

Det Robinson continues to be an asset to the unit as well as the department.

☒ ACCURATE AND COMPLETE, CONCUR
☐ SEE SEPARATE REVIEWER'S EVALUATION

THE RATER HAS SHOWN THIS EVALUATION TO ME AND FULLY DISCUSSED ITS CONTENTS, INCLUDING MY RIGHTS AND RESPONSIBILITIES REGARDING EEO ISSUES.

☐ I WISH TO APPEAL THIS EVALUATION

RATEE SIGNATURE _Carl M Robinson_  Date 7/26/11

RATER SIGNATURE _[signature]_  Date 7/24/11

REVIEWER SIGNATURE _[signature]_  Date 8/1/11

AG 320-10 TRANSFERS (Cont'd.):

POLICE OFFICERS

| | | From | To |
|---|---|---|---|
| Robert L. Gregory | 883295 | 107 Pct. | 101 Pct. |
| Gregg A. Abbate | 898873 | E.S.S. 2 | E.S.S. 3 |
| Christopher Priest | 884558 | " " " 3 | " " " 4 |
| Michael K. Ryan | 914017 | " " " 3 | " " " 4 |
| Craig S. Casalbore | 911436 | " " " 4 | " " " 3 |
| James R. Shaloo | 880331 | " " " 8 | E.S.U. |
| Joseph A. Dito | 879568 | " " " 9 | E.S.S. 10 |

4- RESTRICTED DUTY ASSIGNMENT & TRANSFER:

Effective 0001, March 22, 2000

POLICE OFFICER

| | | From | To |
|---|---|---|---|
| Ivette Segarra | 910319 | T.B.Man.T.F. | S.I.Hous.Unit |

5- RELIEVED FROM SUSPENSION & PLACED ON MODIFIED ASSIGNMENT:

Effective 1030, March 20, 2000

POLICE OFFICERS

| | | Com'd. |
|---|---|---|
| Angel S. Fernandez | 901532 | C.P.Pct. (R.D. Cont'd.) |

Effective 0900, March 21, 2000

| | | |
|---|---|---|
| Donna A. Lingard | 896229 | SAT Com./Hous.Oper.Bk.No. |

Note: Effective 0001, March 22, 2000, transferred from SAT Com./Housing Operations Brooklyn North to Warrant Section (R.D. & M.A. Cont'd.).

✱ 6- MODIFIED ASSIGNMENT DISCONTINUED:

Effective 0900, March 21, 2000

DETECTIVE - INVESTIGATOR

| | | Com'd. |
|---|---|---|
| ✱ Arnulfo Castillo | 901297 | Inv.Supp.Div. |

Note: Effective 0001, March 22, 2000, transferred from Investigative Support Division to Northern Manhattan Initiative.

POLICE OFFICER

| | | |
|---|---|---|
| Denise H. McBride | 875582 | Comm.Sec. |

Note: Effective 0001, March 22, 2000, transferred from Communications Section to the 106 Precinct.

7- SUSPENDED FROM DUTY:

Effective 0800, March 19, 2000

LIEUTENANT

| | | Com'd. | Res.Pct. |
|---|---|---|---|
| Andrew J. Cherpak | 876194 | Man.Ct.Sec. | 111 |

- 2 -   P.O. 83