*June 2, 2000*

8- DISPOSITION OF DISCIPLINARY PROCEEDINGS:

| CASE | RANK | NAME | TAX NO. | PRESENT COMMAND | COMMAND PREF'D CHARGES | DATE OF CHARGES |
|---|---|---|---|---|---|---|
| 75084 | Sgt. | Raymond Mancini | 893319 | Bklyn. Ct. Sect. | Prop. Clk. Div. | 9-8-99 |

**SPECIFICATIONS/DISPOSITIONS**
1-3. Absent without leave. **GUILTY**
4. Conduct prejudicial to the good order of the Department. **GUILTY**
**RECOMMENDED PENALTY: NEGOTIATED/D.A.O.**
Respondent shall forfeit twenty-five (25) vacation days.

| | | | | | | |
|---|---|---|---|---|---|---|
| ✱ 72609 | Det.3 | Arnulfo Castillo | 901297 | SAT COM NARC OPERS | I.A.B. | 11-17-97 |

**SPECIFICATIONS/DISPOSITIONS**
1. Conduct prejudicial to the good order of the Department. **GUILTY**
2. Impeded an investigation. **GUILTY**
**RECOMMENDED PENALTY: NEGOTIATED/D.A.O.**
Dismissal from the NYCPD: However, judgment is suspended and Respondent will be placed on dismissal probation for a period not to exceed one (1) year. Respondent understands that the Police Commissioner may impose punishment of dismissal or any lesser penalty he deems appropriate at any time during such period. The period of probation shall commence upon the approval of the negotiated plea by the Police Commissioner. Respondent shall forfeit all time, pay, and benefits for period while under suspension, to wit: from 11-14-97 to 12-12-97 for a period of twenty-eight (28) days. In addition, Respondent shall forfeit seventeen (17) ✱ vacation days. This is a combined total of forty-five (45) penalty days.

| | | | | | | |
|---|---|---|---|---|---|---|
| 73845 | Det.3 | Bernard Dixon | 897367 | Narc. Boro. Qns. No. | I.A.B. | 11-3-98 |

**SPECIFICATIONS/DISPOSITIONS**
1. Fail to report police incident. **GUILTY**
2. Fail to report misconduct. **GUILTY**
3. Fail to remain at scene of police incident. **GUILTY**
**RECOMMENDED PENALTY: NEGOTIATED/D.A.O.**
Dismissal from the New York City Police Department: However, judgment is suspended and Respondent will be placed on dismissal probation for a period not to exceed one (1) year. Respondent understands that the Police Commissioner may impose punishment of dismissal or any lesser penalty he deems appropriate at any time during such period. The period of probation shall commence upon the approval of the negotiated plea by the Police Commissioner. In addition, the Respondent shall forfeit forty-five (45) vacation days.

| | | | | | | |
|---|---|---|---|---|---|---|
| 74920 | P.O. | James Damora | 903742 | 13 Pct. | P.B.S.I. | 8-17-99 |

**SPECIFICATIONS/DISPOSITIONS**
1-2. Fail to prepare reports. **GUILTY**
3-5. Conduct prejudicial to the good order of the Department. **GUILTY**
6-7. Impeded an investigation. **GUILTY**
8. Patrol Guide violation. **GUILTY**
**RECOMMENDED PENALTY: NEGOTIATED/D.A.O.**
Respondent shall forfeit twenty (20) vacation days.

| | | | | | | |
|---|---|---|---|---|---|---|
| 74694 | P.O. | Edward Howe | 904175 | 46 Pct. | I.A.B. | 6-14-99 |

**SPECIFICATIONS/DISPOSITIONS**
1. Patrol Guide violation. **GUILTY**
2. Fail to notify the Communications Div. at the start/conclusion of trip. **GUILTY**
3. Did transport unauthorized individual in Department vehicle. **GUILTY**
4. Fail to prepare reports. **GUILTY**
**RECOMMENDED PENALTY: NEGOTIATED/D.A.O.**
Respondent shall forfeit fifteen (15) vacation days.

- 3 -                                                                P.O. 160

POLICE DEPARTMENT
CITY OF NEW YORK

Personnel Order No. 262                                                                     September 3, 2002

## UNIFORMED PERSONNEL

1- The following TRANSFERS & ASSIGNMENTS are ordered:

Effective 0001, August 29, 2002
SERGEANTS

| | | From | To |
|---|---|---|---|
| Kim M. Lyons | 896507 | 103 Pct. | 70 Pct. |
| Clifton L. Chin | 899040 | P.A. | Aux.Pol.Sec. |

POLICE OFFICERS

| | | | |
|---|---|---|---|
| William Claudio | 905961 | C.P.Pct. | Man.Ct.Sec. |
| Lori B. Hernandez | 918875 | 60 Pct.(Coney Island Det.) | Legal Bur. |

2- PLACED ON MODIFIED ASSIGNMENT:

Effective 2230, August 26, 2002
DETECTIVE - INVESTIGATOR

| | | Com'd. |
|---|---|---|
| ✱ Arnulfo Castillo | 901297 | SAT Com.Narc.Op. |

Effective 1700, August 27, 2002
PROBATIONARY POLICE OFFICER

| | | |
|---|---|---|
| Michael C. Danish | 928150 | 20 Pct. |

Note: Effective 1230, August 28, 2002, transferred from the 20 Precinct to the Mail & Distribution Unit (M.A. Cont'd.).

3- TRANSFERRED WHILE ON MODIFIED ASSIGNMENT:

Effective 0001, August 29, 2002
POLICE OFFICER

| | | From | To |
|---|---|---|---|
| Doreen M. Saunders | 905002 | 52 Pct. | H.B.Man. |

4- LEAVE OF ABSENCE WITHOUT PAY and transferred to the Military & Extended Leave Desk:

POLICE OFFICER

| | | Com'd. | From | To |
|---|---|---|---|---|
| Michael D'Alto | 917490 | Fleet Serv. Div. | 0001, 8/19/02 | 2400, 8/18/03 |

5- SUSPENDED FROM DUTY WITHOUT PAY:

Effective 1420, August 26, 2002
POLICE OFFICER

| | | Com'd. | Res.Pct. |
|---|---|---|---|
| James C. Leghart | 911099 | T.D. 2 | NC |

P.O. 262

3- TEMPORARY ASSIGNMENT from 0001, May 14, 2003 to 2400, August 11, 2003:

#### PROBATIONARY SERGEANT

| | | From | To |
|---|---|---|---|
| William Y. Feng | 918528 | 5 Pct. | E.M.D.(R.D.Cont'd.) |

#### POLICE OFFICERS

| | | | |
|---|---|---|---|
| Dennis M. Taggart | 923237 | 52 Pct. | E.M.D. |
| Charlton J. Telford | 923244 | 70 " | " " " |

Note: Permanent commands are responsible for members return.

4- RESTRICTED DUTY ASSIGNMENT & TRANSFER:

#### Effective 0001, May 14, 2003
#### POLICE OFFICER

| | | From | To |
|---|---|---|---|
| Michele Holmes | 931738 | 70 Pct. | Intel.Div. |

5- PLACED ON MODIFIED ASSIGNMENT:

#### Effective 0530, May 11, 2003
#### POLICE OFFICER

| | | Com'd. |
|---|---|---|
| Hector A. Suero | 926178 | 62 Pct. |

6- MODIFIED ASSIGNMENT DISCONTINUED:

#### Effective 0900, May 13, 2003
#### DETECTIVE - INVESTIGATOR

| | | Com'd. |
|---|---|---|
| Arnulfo Castillo | 901297 | SAT Com.Narc.Oper. |

7- INDEFINITE MILITARY LEAVE OF ABSENCE and transferred to the Military & Extended Leave Desk:

#### Effective 0001, February 10, 2003
#### POLICE OFFICERS

| | | Com'd. |
|---|---|---|
| Isaac Shannon | 927511 | 84 Pct. |

#### Effective 0001, March 2, 2003

| | | |
|---|---|---|
| Michael Schilling | 895978 | 6 Pct. |

8- LEAVE OF ABSENCE, WITHOUT PAY and transferred to the Military & Extended Leave Desk:

#### POLICE OFFICERS

| | | Com'd. | From | To |
|---|---|---|---|---|
| Pamela A. Duffy | 899662 | 103 Pct. | 0001, 4/18/03 | 2400, 4/17/04 |
| Sharolet M. Jenkins | 922554 | 103 Pct. | 0001, 4/26/03 | 2400, 4/25/04 |

- 2 -                                                                 P.O. 153

TRANSFERS & ASSIGNMENTS (Cont'd.):

Effective 0001, May 24, 2004<br>DETECTIVES - INVESTIGATOR

| Name | Tax # | From | To |
|---|---|---|---|
| David B. Larose | 885911 | Man.So.N.D. | 1 Det.Sqd. |
| Alberto Goris | 897589 | " " " " | 5 " " |
| *Jorge A. Caballero | 891338 | " " " " | 6 " " |
| Samuel Haigler | 894041 | Man.No.N.W. | 17 " " |
| Jesus S. Collazo | 894575 | No.Man.Init. | 44 " " |
| Ryan J. Dean | 891431 | " " " | 25 " " |
| George M. Opfer | 890689 | " " " | 26 " " |
| Michael R. Henry | 884038 | " " " | 42 " " |
| Ivette Santiago-Mendez | 894923 | E.Harlem Init. | 9 " " |
| Reuben L. Flowers | 897479 | " " " | 28 " " |
| Michael J. Paul | 896616 | " " " | 30 " " |
| Mark A. Capalbo | 883598 | " " " | 41 " " |
| William P. Finan | 890002 | " " " | 43 " " |
| Miguel R. Bencosme | 897018 | " " " | 46 " " |
| Dominic Williams | 898769 | Cent.Harlem Init. | M-T So.Det.Sqd. |
| Edwin Fuentes | 881806 | N.B.Bx. | 40 Det.Sqd |
| Michael A. Hayes | 894054 | " " " | 41 " " |
| George Rosado | 889257 | " " " | 42 " " |
| Todd M. Merritt | 890548 | " " " | 43 " " |
| Saiyda A. Muhammad | 895767 | " " " | 45 " " |
| John S. Reilly | 887550 | " " " | 52 " " |
| John Urena | 898679 | Bx.So.N.D. | 49 " " |
| James M. Bullock | 898986 | " " " " | 50 " " |
| *Thomas E. Michaels | 894187 | " " " " | 50 " " |
| Efrain F. Negron | 893450 | Bx.So.Init. | 47 " " |
| Wade M. Thomas | 896176 | " " " | 48 " " |
| David Flores | 896378 | Bx.Cent.Init. | 52 " " |
| Reginald J. Harrison | 890148 | N.B.Bk.So. | 69 " " |
| Luis A. Pizarro | 898303 | N.B.Bk.No. | 33 " " |
| Mitra Ramtahal | 899743 | " " " " | 79 " " |
| John P. Byrne | 883573 | " " " " | 83 " " |
| Gary P. Denezzo | 891444 | " " " " | 79 " " |
| Julio M. Rosa | 895134 | Bk.No.N.D. | 72 " " |
| Harry E. Menendez | 899591 | " " " " | 75 " " |
| Franki J. Joseph | 896883 | " " " " | 75 " " |
| Paul N. Stuart | 911399 | " " " " | 75 " " |
| Gary J. Green | 885732 | SAT Com.Nar.Oper. | 112 " " |
| ✶ Arnulfo Castillo | 901297 | " " " " | 75 " " |
| Paul X. Muhammad | 899640 | " " " " | 32 " " |

*Note: Restricted Duty continued

*June 25th*

AG 320 - 10 TRANSFERS (Cont'd.):

### Effective 0001, June 23, 2004
### PROBATIONARY SERGEANT

| | | From | To |
|---|---|---|---|
| Kevin P. McCaffrey | 903169 | 115 Pct. | P.B.Qns.No.(ALU) |

### POLICE OFFICERS

| | | | |
|---|---|---|---|
| Steven J. Turner | 919799 | 110 Pct. | P.B.Qns.No. |
| William M. Negus | 928856 | 115 " | P.B.Qns.No.(ALU) |
| Elliott Hardy | 917736 | P.B.Qns.No.(ALU) | P.B.Qns.No.(ECT) |

### Effective 0001, June 22, 2004
### LIEUTENANT

| | | | |
|---|---|---|---|
| Cliff A. Marshall | 899535 | 90 Det.Sqd. | 79 Det.Sqd. |

### SERGEANT

| | | | |
|---|---|---|---|
| John J. Coughlin | 897255 | 83 Det.Sqd. | 79 Det.Sqd. |
| Wilfred J. Roy | 884628 | 94 " " | 81 " " |

### DETECTIVES - SECOND GRADE

| | | | |
|---|---|---|---|
| William F. Hogan | 897688 | 73 Det.Sqd. | Bk.No./Hom.T.F |
| Christopher J. Scandole | 894346 | 79 " " | " " " " " |
| Jose R. Hernandez | 881853 | 90 " " | " " " " " |

### *DETECTIVES - INVESTIGATOR

| | | | |
|---|---|---|---|
| Benjamin Cintron | 888551 | 73 Det.Sqd. | SAT Com.Det.Opers. |
| John H. Pembelton | 904771 | 73 " " | " " " " |
| *Arnulfo Castillo | 901297 | 75 " " | 73 Det.Sqd. |
| *Paul N. Stuart | 911399 | 75 " " | 79 " " |
| Michael F. Panichi | 902167 | 77 " " | SAT Com.Det.Opers. |
| Gary P. Denezzo | 891444 | 79 " " | 75 Det.Sqd. |
| Niurca Quinones | 899735 | 79 " " | 75 " " |
| Joseph C. Welch | 886709 | 90 " " | SAT Com.Det.Opers. |
| Ricardo Anaya | 893833 | 94 " " | 83 Det.Sqd. |
| Ramon A. Rivas | 904895 | 94 " " | SAT Com.Det.Opers. |
| Richard P. Amato | 906193 | SAT Com.Det.Opers. | Bk.No./Hom.T.F. |

### POLICE OFFICER

| | | | |
|---|---|---|---|
| Michael Cruz | 921247 | 81 Det.Sqd. | 73 Det.Sqd. |

PROMOTION TO PROBATIONARY SERGEANT (Cont'd.):

### POLICE OFFICERS

| | | Com'd. |
|---|---|---|
| Chancellor E. Bishop | 936210 | Facil.Mgmt.Div. |
| Latisha M. Alexander | 929499 | E.M.D. |
| Tisshawne S. Henderson | 914645 | Ident.Sect. |
| Nicholas S. Reale | 940616 | D.C.L.M. |
| Brendan M. Lally | 938808 | O.M.A.P. |
| Veronica M. Clark | 926686 | Police Academy |

**Note: The above Probationary Sergeants will remain assigned to the Uniformed Promotions Training Unit (Sergeants Leadership Course) until 2400, July 3, 2011.**

| | | From | To |
|---|---|---|---|
| Kelvin E. Liz | 935195 | 72 Pct. | Unif.Prom.Trng.Unit |

Note: T/A to the Employee Management Division effective 0001, June 25, 2011.

6- The following named Uniformed Members of the Service are designated DETECTIVE SECOND GRADE:

### DETECTIVES INVESTIGATOR

| | | Com'd. |
|---|---|---|
| Arnulfo Castillo | 901297 | 73 Det.Sqd.(T/A PSA2 JRIP) |
| Justin F. Hughes | 918535 | 105 " " |
| James M. McSloy | 904544 | Bx.Hom.T.F. |
| Thomas W. McKiernan | 904530 | Bk.No.Hom.T.F. |
| Brian J. Vetrone | 911837 | Qns.Robb.Sqd. |
| James Picicci | 898289 | Warr.Section |
| William R. Popper | 914483 | Bomb Sqd. |
| Michael J. Alcazar | 895165 | C.I.R.D. |
| Joseph F. Pira | 912037 | N.B.Man.So. |
| Jorge L. Macias | 924101 | N.B.Man.No. |
| Steven R. Thau | 919774 | Auto Crime Div. |
| Angelo S. Barone | 921952 | O.C.I.D. |
| Frederic T. Hassel | 922484 | Gang Sqd.Bk.So. |
| Vincent R. Hill | 911687 | Intel.Exec.Prot.Unit |
| Andre C. Holmes | 931736 | Intel.Opers.& Analysis Sect. |
| James M. Montiel | 911123 | Counterterr.Div. |
| Anthony Marcano | 914593 | PCO Real Time Crime Ctr. |

### DETECTIVES SPECIALIST

| | | |
|---|---|---|
| James Nieves | 910671 | Patrol Serv.Bur. |
| Philip E. Scarangella | 902665 | Emerg.Serv.Unit |